UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| REGINA SUTTON CHENNAULT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:10-CV-497-PLR-HBG ) |
| PAMELA SUTTON, | ) ) |
| Defendant. | ) |

## ORDER

There being no objections by the parties, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [R. 42] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on August 6, 2014, is hereby **ACCEPTED IN WHOLE.**

Accordingly, defendant's motion for an order awarding attorney's fees and expenses [R. 40] is **GRANTED,** and defendant is awarded the sum of $10,956.65 representing attorneys' fees, costs, and expenses in this action, pursuant to 17 U.S.C. § 505.

IT IS SO ORDERED.

Enter:

_____
**UNITED STATES DISTRICT JUDGE**